**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JOSEPH MAZZA,
    Plaintiff,

vs.                                       Case No.:  5:08cv247/MCR/EMT

WARDEN APALACHEE CORRECTIONAL
INSTITUTION,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 14, 2008 (Doc. 11).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's notice of voluntary dismissal (Doc. 10) is **GRANTED** and this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** this 12th day of September, 2008.

                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS
                                              UNITED STATES DISTRICT JUDGE**